# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **SANDRA JEAN FLINN,** : | |
| : | Case No. 2:15-CV-2666 |
| **Plaintiff,** : | |
| : | **JUDGE ALGENON L. MARBLEY** |
| **v.** : | |
| : | Magistrate Judge Kemp |
| **COMMISSIONER OF** : | |
| **SOCIAL SECURITY,** : | |
| : | |
| **Defendant.** : | |

## ORDER

This matter is before the Court on the Magistrate Judge's **Report and Recommendation.** (Doc. 19). On May 13, 2016, the Magistrate Judge issued the Report and Recommendation, recommending that the Plaintiff's Statement of Errors be overruled and that judgment be entered in favor of Defendant. The Report and Recommendation specifically advises the parties that the failure to object to the Report and Recommendation results in "a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." (*Id.* at 11). The parties have failed to respond. The deadline for objections has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation (Doc. 19) based on the independent consideration of the analysis therein. Plaintiff's Objections are **OVERRULED**. This case is hereby **DISMISSED**. The clerk is directed to enter judgment in favor of Defendant.

**IT IS SO ORDERED.**

                                                     s/ Algenon L. Marbley
                                                     **ALGENON L. MARBLEY**
                                                     **UNITED STATES DISTRICT JUDGE**

**DATED: June 3, 2016**